

# Children's Specialty Group, PLLC
## Division of Neonatal Perinatal Medicine

601 Children's Lane, Fourth Floor
Norfolk, Virginia 23507

Telephone: (757) 668-7456     Fascimile: (757) 668-9255

Rachel Armentrout, M.D.
W. Thomas Bass, M.D
Kathryn Colacchio, M.D.
Deborah J. Devendorf, M.D.
Susannah P. Dillender, M.D.
Rebecca Dorner, M.D.
C.W. Gowen, M.D.
Glen A. Green, M.D.

M. Gary Karlowicz, M.D.
Edward H. Karotkin, M.D.
Jamil H. Khan, M.D.
R. Kirk Sallas, M.D.
Tushar A. Shah, M.D.
Brett H. Siegfried, M.D.
Kenneth F. Tiffany, M.D.

Re: Baby Boy H█

Dear Mr. Albert

At your request, I have reviewed the medical records of Baby Boy H█ and am prepared at this time to provide you with a summary of my opinions.

I am a physician licensed to practice medicine in the Commonwealth of Virginia and am Board Certified in the fields of General Pediatrics and Neonatal-Perinatal Medicine. I have clinical and teaching experience and have practiced and taught neonatology within five (5) years of the date of the alleged acts and omissions giving rise to the underlying cause of action. I am currently Professor of Pediatrics at the Eastern Virginia Medical School in Norfolk Virginia and spend more than 60% of my time in active clinical practice including teaching of medical students and pediatric residents.

I have reviewed the medical records of Baby Boy H█ from the So. Regional Medical Center and as this matter moves forward, I am prepared to review additional information as it becomes available

By way of brief summary, Baby Boy H█ was born on ███████████, 2019 in jail at 1232 and the mother and prematurely born infant were transferred and eventually admitted to regional hospital by approximately 1300 that day. The baby was judged to be 25 3/7 weeks gestation and had a birth weight of 830 grams.

Significantly the mother indicated to the authorities at the jail that she was pregnant which was confirmed by a pregnancy test done the previous day. She experienced significant vaginal bleeding and it appears that the authorities did not take her seriously and despite calling for the physician on duty considered her to be having a spontaneous abortion. The physician did not arrive to evaluate her for several hours. The baby was born alive in the jail and was assigned Apgars of 6 at 1 minute and 7 at 5 minutes. The child eventually expired on January 3, 2020.

OPINIONS

It is my conclusion beyond a reasonable degree of medical certainty that the standard of care was breeched by the personnel in charge of providing medical care in the jail by not providing Ms. Hill with timely assessment. Had this been done the mother could have been examined and transferred to a hospital where a proper evaluation could be done. By not transferring the mother in a timely fashion, any opportunity to stop the labor of have the baby born in a more controlled manner was lost.

I hold these opinions to a reasonable degree of medical certainty and reserve the right to amend this report should additional information or medical records become available.

*Edward H. Karotkin MD*

Edward H. Karotkin, MD
Professor of Pediatric
The Eastern Virginia Medical School
Norfolk, VA 23507

*Susan K Seaton*
SUSAN K SEATON
NOTARY PUBLIC #193160

[Notary Seal: Susan K Seaton, NOTARY PUBLIC, REG. #193160, MY COMMISSION EXPIRES 02/28/2025, COMMONWEALTH OF VIRGINIA]