IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TIANA HILL, individually and as )
MOTHER and next friend of baby D.H. her )
minor child, )
         )
     Plaintiffs, )
         )    CIVIL ACTION FILE NO.:
v. )    <u>1:21-CV-05300-TWT</u>
         )
CLAYTON COUNTY GEORGIA, )
CLAYTON COUNTY BOARD OF )
COMMISSIONERS, CLAYTON COUNTY )
SHERIFF VICTOR HILL in his official and )
individual capacities, CORRECTHEALTH )
CLAYTON LLC, DR. CHARLES )
CLOPTON in his official and individual )
capacities, JOHN DOES in their official )
and individual capacities, )
         )
     Defendants. )
         )

## <u>DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>

COME NOW Defendants Clayton County, Clayton County Board of Commissioners, and Clayton County Sheriff Victor Hill (hereinafter "defendants"), by and through the undersigned counsel of record, and hereby file this motion to dismiss plaintiff's complaint (Doc. 1). Pursuant to Fed. R. Civ. P. 12(b), defendants respectfully request that this Court dismiss plaintiff's complaint.

In support of this motion, defendants rely upon the arguments and citations to authority presented in the accompanying memorandum of law, which they file

contemporaneously with this motion.  For the reasons more fully set forth in the accompanying memorandum of law, defendants' motion should be granted.

**FREEMAN MATHIS & GARY, LLP**

*/s/ A. Ali Sabzevari*
Jack R. Hancock
Georgia Bar No. 322450
jhancock@fmglaw.com
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

Attorneys for Defendants Clayton County, Clayton County Board of Commissioners, and Clayton County Sheriff Victor Hill

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically submitted the foregoing

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** to the

Clerk of Court using the CM/ECF system which will automatically send electronic

mail notification of such filing to counsel of record who are CM/ECF participants:

Mitchell L. Albert III
Albert III & Associates LLC
3330 Cumberland Blvd.
Suite 500
Atlanta, GA 30339
Mitchell.albert@aiiiaa.com

This 25th day of January, 2022.

**FREEMAN MATHIS & GARY, LLP**

*/s/ A. Ali Sabzevari*
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)