IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIANA HILL, individually and as MOTHER and next friend of baby D.H. her minor child, <br><br> Plaintiffs, <br><br> v. <br><br> CLAYTON COUNTY GEORGIA, CLAYTON COUNTY BOARD OF COMMISSIONERS, CLAYTON COUNTY SHERIFF VICTOR HILL in his official and individual capacities, CORRECTHEALTH CLAYTON LLC, DR. CHARLES CLOPTON in his official and individual capacities, JOHN DOES in their official and individual capacities, <br><br> Defendants. | CIVIL ACTION FILE NO.: <br> 1:21-CV-05300-TWT |

## **O R D E R**

Defendants have moved this Court to stay all discovery in this case pending the resolution of their motion to dismiss plaintiff's complaint. It appearing that this Order is sought in good faith and no prejudice will accrue to the parties if such motion is granted, and good cause having been shown, IT IS HEREBY ORDERED that the Motion to Stay All Discovery is GRANTED. All discovery in this case, including disclosures and planning conferences pursuant to Fed. R. Civ.

- 2 -

P. 26 and L.R. 26.1, shall be stayed pending the final resolution of defendants' motion to dismiss plaintiff's complaint.

SO ORDERED this 8th day of February, 2022.

THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE