# IN THE UNITTED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TIANA HILL, individually and as MOTHER and next friend of baby D.H. her minor child, § § § § | |
| Plaintiffs, § | CIVIL ACTION FILE NO. |
| § | |
| v. § | 1:21-cv-05300-TWT |
| § | |
| CLAYTON COUNTY GEORGIA, CLAYTON COUNTY BOARD OF COMMISSIONERS, CLAYTON COUNTY SHERIFF VICTOR HILL in his official and individual capacities, CORRECTHEALTH CLAYTON LLC, DR. CHARLES CLOPTON in his official and individual capacities, JOHN DOES in their official and individual capacities, § § § § § § § § § § § § § | |
| Defendants. § | |

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER

Defendant moves this Court for an extension of time to file their Answer to Plaintiff's Complaint. It appearing that this Order is sought in good faith, and that no prejudice will accrue to the parties or to this litigation if such motion is granted, and good cause having been shown, it is HEREBY ORDERED that Defendants'

1

Motion for Extension of Time to Answer (ECF Doc. 6.) is GRANTED. The Answers filed by CorrectHealth Clayton, LLC and Dr. Clopton's (ECF Doc. 7 and 8. filed with this Court February 4, 2022, are accepted as timely-filed Answers to Plaintiff's Complaint (ECF Doc. 1)

    So ORDERED this __28th__ day of February, 2022.

_____
Honorable Thomas W. Thrash, Jr.
U.S. District Court
Northern District of Georgia