## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| TIANA HILL, | ) | |
| individually and as | ) | |
| MOTHER and next friend of | ) | |
| baby D.H. her minor child | ) | |
| | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| | ) | 1:21-CV-05300-TWT |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLAYTON COUNTY GEORGIA, | ) | |
| CLAYTON COUNTY BOARD OF | ) | |
| COMMISSIONERS, | ) | |
| CLAYTON COUNTY SHERIFF | ) | |
| VICTOR HILL in his official and | ) | |
| individual capacities, | ) | |
| CORRECTHEALTH | ) | |
| CLAYTON LLC, | ) | |
| DR. CHARLES CLOPTON in his | ) | |
| official and individual capacities, | ) | |
| JOHN DOES in their official and | ) | |
| individual capacities | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## PLAINTIFF'S MOTION FOR ACCEPTANCE OF THEIR REPLY TO DEFENDANTS CLAYTON COUNTY et. al, MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**COMES NOW** Plaintiff's Tiana Hill, individually and as Mother and next

friend of baby D.H. (hereinafter "Plaintiffs") by and through undersigned counsel of

record, and hereby file their Motion for Acceptance of Their Reply to Defendant's Motion to Dismiss Plaintiff's Complaint.

In support of this motion, Plaintiff's rely upon the arguments and citations to authority presented in the accompanying memorandum of law, which they file contemporaneously with this motion. For the reasons more fully set forth in the accompanying memorandum of law, Plaintiffs request that their reply be accepted.

Respectfully submitted this the 3rd day of March 2022.

/s/ Mitchell L. Albert III
Mitchell L. Albert III
Attorney for Plaintiff
Georgia Bar No.: 307196

Albert III & Associates LLC
3330 Cumberland Blvd.
Suite 500
Atlanta, GA 30339
Telephone (770) 675-6749
Fax (404) 601-6041

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I, Mitchell L. Albert III, have this day electronically submitted the forgoing served the foregoing **<u>PLAINTIFF'S MOTION FOR ACCEPTANCE OF THEIR REPLY TO DEFENDANTS CLAYTON COUNTY et. al, MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants:

A. Ali Sabzevari
Freeman Mathis & Gary, LLP
661 Forest Parkway, Suite E
Forest Park, Georgia 30297
asabzevari@fmglaw.com

Respectfully submitted this the 3rd day of March 2022.

<u>/s/ Mitchell L. Albert III</u>
Mitchell L. Albert III
Attorney for Plaintiff
Georgia Bar No.: 307196

Albert III & Associates LLC
3330 Cumberland Blvd.
Suite 500
Atlanta, GA 30339
Telephone (770) 675-6749
Fax (404) 601-6041
mitchell.albert@aiiiaa.com