IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIANA HILL, individually and as MOTHER and next friend of baby D.H. her minor child | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION FILE NO.:<br>) 1:21-CV-05300-TWT<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| CLAYTON COUNTY GEORGIA, CLAYTON COUNTY BOARD OF COMMISSIONERS, CLAYTON COUNTY SHERIFF VICTOR HILL in his official and individual capacities, CORRECTHEALTH CLAYTON LLC, DR. CHARLES CLOPTON in his official and individual capacities, JOHN DOES in their official and individual capacities | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants.<br>_____ | )<br>) |

**PLAINTIFF'S BRIEF IN SUPPORT OF THEIR
MOTION FOR ACCEPTANCE OF THEIR REPLY TO DEFENDANTS
CLAYTON COUNTY et. al,
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Life is the most precious thing granted. The United States Constitution recognizes this and affords people recovery when a life is taken.

1

When a life is taken all responsible must be held accountable. Ms. Hill and Baby D.H. filed their objections to **all** of the Defendant's calls for dismissal to hold the responsible parties accountable.

The courts have on occasion considered a 12(b)(6) motion akin to motions for summary judgment.

"Defendants argue that their Rule 12(b)(6) motion is really one for summary judgment because it has included matters outside the pleadings. *See Kolman v. Milwaukee Area Technical College,* 548 F. Supp. 684, 685 (N.D. Ill. 1982) (treating fully briefed 12(b)(1) and 12(b)(6) motions as motions for summary judgment because affidavit was also submitted)…"

Bryan v. Fed. Deposit Ins., No. 86 C 7140, 1987 U.S. Dist. LEXIS 7124, at *1 (N.D. Ill. July 30, 1987)

The Plaintiffs filed their reply and brief based on this understanding. Ms. Tiana Hill and baby DH filed their reply with brief in accordance with the Court's instruction on response time for motions for summary judgment.

Northern District of Georgia LR 7.1:

(B) Response to Motion. Any party opposing a motion shall serve the party's response, responsive memorandum, affidavits, and any other responsive material not later than fourteen (14) days after service of the

motion, except that in cases of motion for summary judgment the time shall be twenty-one (21) days after the service of the motion. Failure to file a response shall indicate that there is no opposition to the motion.

Ms. Hill and baby D.H. oppose **all** of the Defendants motions for dismissal of her complaint.

The Plaintiffs filed their objection reply with brief 21 days after the date of filing of the Defendant's Motion to Dismiss. The Plaintiffs filed their response within the time allotted for a reply to a motion for summary judgement.

The Plaintiff's in good faith attempted to comply with the instruction of the local rules.

The Plaintiff's ask the Court to accept their reply brief, deny the Defendant's motions to dismiss, and allow Ms. Hill and baby D.H. their opportunity for fair and just litigation.

                                                    /s/ Mitchell L. Albert III
Mitchell L. Albert III
Attorney for Plaintiffs
Georgia Bar No.: 307196

Albert III & Associates LLC
3330 Cumberland Blvd.
Suite 500
Atlanta, GA 30339
Telephone (770) 675-6749
Fax (404) 601-6041

## CERTIFICATE OF SERVICE

This is to certify that I, Mitchell L. Albert III, have this day electronically submitted the forgoing served the foregoing **PLAINTIFF'S BRIEF IN SUPPORT OF THEIR MOTION FOR ACCEPTANCE OF THEIR REPLY TO DEFENDANTS CLAYTON COUNTY et. al, MOTION TO DISMISS PLAINTIFF'S COMPLAINT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants:

A. Ali Sabzevari
Freeman Mathis & Gary, LLP
661 Forest Parkway, Suite E
Forest Park, Georgia 30297
asabzevari@fmglaw.com

Respectfully submitted this the 3rd day of March 2022.

/s/ Mitchell L. Albert III
Mitchell L. Albert III
Attorney for Plaintiff
Georgia Bar No.: 307196

Albert III & Associates LLC
3330 Cumberland Blvd.
Suite 500
Atlanta, GA 30339
Telephone (770) 675-6749
Fax (404) 601-6041
mitchell.albert@aiiiaa.com