# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TIANA HILL, individually and as MOTHER and next friend of baby D.H. her minor child | )<br>)<br>)<br>)<br>) |
| | ) CIVIL ACTION FILE NO.: |
| | ) 1:21-CV-05300-TWT |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| CLAYTON COUNTY GEORGIA, CLAYTON COUNTY BOARD OF COMMISSIONERS, CLAYTON COUNTY SHERIFF VICTOR HILL in his official and individual capacities, CORRECTHEALTH CLAYTON LLC, DR. CHARLES CLOPTON in his official and individual capacities, JOHN DOES in their official and individual capacities | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**<u>ORDER GRANTING PLAINTIFFS' MOTION OF EXTENSION OF TIME TO FILE REPLY TO DEFENDANTS' CLAYTON COUNTY BOARD OF COMMISIONERS, CLAYTON COUNTY GEORGIA, CLAYTON COUNTY SHERIFF VICTOR HILL MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>**

1

Plaintiffs Tiana Hill, individually and as Mother and next friend of baby D.H. (hereinafter "Plaintiffs") by and through undersigned counsel of record, moves this Court for an extension of time to file their reply to Defendant's Clayton County Board of Commissioners, Clayton County Georgia, Clayton County Sheriff Victor Hill Motion to Dismiss Plaintiffs' Complaint. It appearing that this Order is sought in good faith, and that no prejudice will accrue to the parties or to this litigation if such motion is granted, and good cause having been shown, it is HEREBY ORDERED that Plaintiffs' Motion for Extension of Time to Reply (ECF Doc. 13.) is GRANTED. The Reply filed by Tiana Hill, individually and as Mother and next friend of baby D.H. (ECF Doc 10.) filed with this Court on February 14, 2022 is accepted as a timely-filed Reply to Defendant's Clayton County Board of Commissioners, Clayton County Georgia, Clayton County Sheriff Victor Hill Clayton County Motion to Dismiss Plaintiffs' Complaint (ECF Doc 3).

So ORDERED this __8th__ day of March, 2022.

_____
Honorable Thomas W. Thrash, Jr.
U.S. District Court
Northern District of Georgia