IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIANA HILL, individually and as MOTHER and next friend of baby D.H. her minor child,<br><br>　　Plaintiffs,<br><br>v.<br><br>CLAYTON COUNTY GEORGIA, CLAYTON COUNTY BOARD OF COMMISSIONERS, CLAYTON COUNTY SHERIFF VICTOR HILL in his official and individual capacities, CORRECTHEALTH CLAYTON LLC, DR. CHARLES CLOPTON in his official and individual capacities, JOHN DOES in their official and individual capacities,<br><br>　　Defendants. | CIVIL ACTION FILE NO.:<br>1:21-CV-05300-TWT |

### DEFENDANT SHERIFF VICTOR HILL'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT

COMES NOW Defendant Clayton County Sheriff Victor Hill in his official and individual capacities (hereinafter "Sheriff Hill"), by and through the undersigned counsel of record, and hereby files this motion to dismiss plaintiff's complaint (Doc. 1).

In support of this motion, Sheriff Hill shows that on January 25, 2022, Defendants Clayton County, Clayton County Board of Commissioners, and Sheriff Hill all filed a motion to dismiss plaintiff's complaint, which has been fully briefed and is ripe for a ruling. (Docs. 3, 3-1, 10, 10-1, and 12.) Sheriff Hill's motion was filed prior to plaintiffs perfecting service of process on him, as stated in footnote 1 of the memorandum of law in support of the motion. (Doc. 3-1, fn. 1.) Subsequent to the filing of the motion, Sheriff Hill agreed to waive service, and plaintiff filed the waiver with the Court. (Doc. 19.) The clerk's docket notice provides a response due date for Sheriff Hill of March 21, 2022. (Id.) Although Sheriff Hill has already filed a Rule 12(b) motion to dismiss the complaint on January 25, 2022, in an abundance of caution, Sheriff Hill files the instant motion and hereby incorporates as if fully stated herein his previously filed motion to dismiss, memorandum of law in support, and reply brief in support and all arguments and citations of authority therein. (Docs. 3, 3-1, and 12.)

Therefore, for the reasons more fully set forth in Docs. 3, 3-1, and 12, plaintiff's claims against Sheriff Hill should be dismissed.

**FREEMAN MATHIS & GARY, LLP**

*/s/ A. Ali Sabzevari*
Jack R. Hancock
Georgia Bar No. 322450
jhancock@fmglaw.com
A. Ali Sabzevari

Georgia Bar No. 941527
asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

Attorneys for Defendants Clayton County, Clayton County Board of Commissioners, and Clayton County Sheriff Victor Hill

-3-

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANT SHERIFF VICTOR HILL'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants:

> Mitchell L. Albert III
> Albert III & Associates LLC
> 3330 Cumberland Blvd.
> Suite 500
> Atlanta, GA 30339
> Mitchell.albert@aiiiaa.com

This 18th day of March, 2022.

                      **FREEMAN MATHIS & GARY, LLP**

                      */s/ A. Ali Sabzevari*
                      A. Ali Sabzevari
                      Georgia Bar No. 941527
                      asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)