# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TIANA HILL, individually and as MOTHER and next friend of baby D.H. her minor child | )<br>)<br>)<br>)<br>) |
| | ) CIVIL ACTION FILE NO.: <br> ) 1:21-CV-05300-TWT |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| CLAYTON COUNTY GEORGIA, CLAYTON COUNTY BOARD OF COMMISSIONERS, CLAYTON COUNTY SHERIFF VICTOR HILL in his official and individual capacities, CORRECTHEALTH CLAYTON LLC, DR. CHARLES CLOPTON in his official and individual capacities, JOHN DOES in their official and individual capacities | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**<u>PLAINTIFF'S OBJECTION TO DEFENDANTS CLAYTON COUNTY GEORGIA, CLAYTON COUNTY BOARD OF COMMISSIONERS, CLAYTON COUNTY SHERIFF VICTOR HILL'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>**

**COMES NOW** Plaintiff's Tiana Hill, individually and as Mother and next friend of baby D.H. (hereinafter "Plaintiffs") by and through undersigned counsel of

1

record, and hereby file their objections to Defendants, motion to dismiss Plaintiff's Complaint (Doc. 3 and Doc 20.) Plaintiff's request that this Court Deny Defendants' motion.

In support of this objection, Plaintiff's rely upon the arguments and citations to authority presented in their previously filed Memorandum of Law In Support of Plaintiffs' Objection to Defendants' Motion to Dismiss Plaintiffs' Complaint (Doc. 10) and the Plaintiff's Objection to Defendant Victor Hill's Motion accompanying memorandum of law, which they file contemporaneously with this motion. For the reasons more fully set forth in the previously filed and accompanying memorandum of law, defendant's motion should be denied.

Respectfully submitted this the 31st day of March 2022.

/s/ Mitchell L. Albert III
Mitchell L. Albert III
Attorney for Plaintiff
Georgia Bar No.: 307196

Albert III & Associates LLC
3330 Cumberland Blvd.
Suite 500
Atlanta, GA 30339
Telephone (770) 675-6749
Fax (404) 601-6041

## **CERTIFICATE OF SERVICE**

This is to certify that I, Mitchell L. Albert III, have this day electronically submitted the forgoing served the foregoing **PLAINTIFF'S OBJECTION TO DEFENDANTS CLAYTON COUNTY GEORGIA, CLAYTON COUNTY BOARD OF COMMISSIONERS, CLAYTON COUNTY SHERIFF VICTOR HILL'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants:

A. Ali Sabzevari
Freeman Mathis & Gary, LLP
661 Forest Parkway, Suite E
Forest Park, Georgia 30297
asabzevari@fmglaw.com


Alison Lee Currie
Lavender Hoffman Alderman, LLC
945 East Paces Ferry Road
Suite 2000
Atlanta, GA 30326
alison.currie@lhalawyers.com

Respectfully submitted this the 31st day of March 2022.

>                                    /s/ Mitchell L. Albert III
>                                    Mitchell L. Albert III
>                                    Attorney for Plaintiff
>                                    Georgia Bar No.: 307196

Albert III & Associates LLC
3330 Cumberland Blvd.
Suite 500
Atlanta, GA 30339
Telephone (770) 675-6749
Fax (404) 601-6041
mitchell.albert@aiiiaa.com