## Affidavit of Christine Richardson

I Christine Richardson swear and affirm that the following statement is made based on my personal knowledge and information.

I am a licensed practical nurse. I have worked in the prison system providing health care for over 30 years.

In 2018 I was employed at Clayton County jail as an infirmary nurse, emergency room nurse, and intake nurse.

During my time of employment, I identified numerous deficient areas of health care for inmates of Clayton County Jail. Specifically, I identified the following deficiencies.

1. Lack of adequate health assessments of women during their jail intake.

2. Lack of health services for pregnant women.

3. Lack of access for women to obstetrician-gynecologist (OBGYN).

4. Lack of nursing staff.

Upon identification of the deficiencies at Clayton County jail I personally spoke with Sheriff Victor Hill on numerous occasions concerning them. The subject of our conversations was the seriousness of the perilous jail conditions and the need for the immediate remedy.

1

Sheriff Hill consulted with me about the harmful conditions at the jail. To my knowledge Sheriff Hill took no action to correct the deficiencies.

_____

Christine Richardson, B.S., J.D., M.F.P., Ph.D.

### Certificate of Acknowledgment of Notary Public

State of  GEORGIA  )
)
County of  Cobb  )

On  3/30/2022 , before me,  ADRIAN WHITE , a notary public in and for said state, personally appeared  CHRISTINE RICHARDSON, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he or she executed the same in his or her authorized capacity and that by his or her signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

___Adrian White___
Notary Public for the State of  GEORGIA 
My commission expires  12/21/2025 

[NOTARY SEAL]



