|    | Violations 1983 Civil Rights Act: Prisoner Rights |                                               |    |
|----|---------------------------------------------------|-----------------------------------------------|----|
| 1. | 1:05CV004960-DE                                   | Lee v. Tuggle et al                           |    |
| 2. | 1:05CV02070-TWT                                   | Nasa v. Hill                                  |    |
| 3. | 1:05CV03074-GET                                   | Wilkes v. Clayton County et al.               |    |
| 4. | 1:06CV00211-TWT                                   | Bartlett et al v. Clayton County              |    |
| 5. | 1:06CV00223-TWT                                   | Daniel et al. v. Hill et al.                  |    |
| 6. | 1:06CV00272-ODE                                   | Tuggle v. Hill et al.                         |    |
| 7. | 1:06CV00540-TWT                                   | Catlin v. Hill                                |    |
| 8. | 1:06CV01424-MHS                                   | Ludy v. Hill et al.                           |    |
| 9. | 1:06CV01547-JEC                                   | Brooks et al. v. Brown et al.                 |    |
| 10.| 1:07CV00555-JOF                                   | Brooks v. Clayton County                      |    |
| 11.| 1:07CV01366-RLV                                   | Maddox et al. v. Hill et al.                  |    |
| 12.| 1:07CV02628-WSD                                   | Curry v. Hill et al.                          |    |
| 13.| 1:07CV02755-TCB                                   | Cassells v. Hill et al.                       |    |
| 14.| 1:07CV02970-JTC                                   | Snead v. Hill                                 |    |
| 15.| 1:08CV00325-BBM                                   | Bush v. Horton et al.                         |    |
| 16.| 1:08CV00585-TWT                                   | Mia Luna, Inc. v. Hill et al.                 |    |
| 17.| 1:08CV02293-CAM                                   | Weddington v. Hill                            |    |
| 18.| 1:08CV03076-RWS                                   | Williams v. Hill                              |    |
| 19.| 1:08CV03155-RWS                                   | Williams v. Hill                              |    |
| 20.| 1:088CV03363-ODE                                  | Lee v. Hill et al.                            |    |
| 21.| 1:12CV00871-CAP                                   | Howard v. Kimbrough                           |    |
| 22.| 1:14CV00474-AT                                    | Ibnislam v. Hill et al.                       |    |
| 23.| 1:15CV02442-AT                                    | Ashe v. Clayton County Sheriff Dept. et al.   |    |
| 24.| 1:15CV02443-AT                                    | Ashe v. Clayton County Judicial Circuit et al.|    |
| 25.| 1:15CV03662-AT                                    | Stephens v. Mason et al.                      |    |
| 26.| 1:15CV03798-MHC                                   | Mays v. Hill et al.                           |    |
| 27.| 1:15CV04254-MHC                                   | Mays v. Hill et al.                           |    |
| 28.| 1:16CV03329-ELR                                   | Lee v. Hill et al.                            |    |
| 29.| 1:17CV00070-LMM                                   | Worthen v. Hill et al.                        |    |
| 30.| 1:17CV01215-ELR                                   | Gross v. Hill et al                           |    |
| 31.| 1:17CV01892-LMM                                   | Pointer v. Sims et al.                        |    |
| 32.| 1:17CV03287-CAP                                   | Dunn v. Hill                                  |    |
| 33.| 1:17CV03960-SCJ                                   | Wade v. Hill                                  |    |
| 34.| 1:17CV03814-TWT                                   | Office v. Hill                                |    |
| 35.| 1:17CV03816-AT                                    | Moore v. Hill                                 |    |
| 36.| 1:17CV04046-ELR                                   | Robinson v. Hill                              |    |
| 37.| 1:17CV04049-MHC                                   | Jones v. Hill et al.                          |    |
| 38.| 1:17CV04791-CAP                                   | Joshua Hall v. Hill et al.                    |    |

| | | | |
|---|---|---|---|
| 39. | 1:17CV04843-CAP | Hall v. Clayton County Detention Center et al. | |
| 40. | 1:17CV04844-CAP | Hall v. Hill et al. | |
| 41. | 1:17CV04845-CAP | Hall v. Harold R. Banke Justice Center et al. | |
| 42. | 1:17CV04846-CAP | Hall v. Hill et al. | |
| 43. | 1:17CV04847-CAP | Hall v. Harold R. Banke Justice Center et al. | |
| 44. | 1:17CV04848-CAP | Hall v. Harold R. Banke Justice Center et al. | |
| 45. | 1:17CV04849-CAP | Hall v. Hill et al. | |
| 46. | 1:17CV04968-CAP | Hall v. Harold R. Banke Justice Center et al. | |
| 47. | 1:17CV04969-CAP | Hall v. Harold R. Banke Justice Center et al. | |
| 48. | 1:17CV04972-CAP | Hall v. Hill et al. | |
| 49. | 1:17CV04973-CAP | Hall v. Clayton County Detention Center et al. | |
| 50. | 1:17CV04974-CAP | Hall v. Hill et al. | |
| 51. | 1:17CV04975-CAP | Hall v. Harold R. Banke Justice Center et al. | |
| 52. | 1:18CV00816-LMM | Lovelace v. Nurse, Unknown Names et al. | |
| 53. | 1:18CV01309-TCB | Thompson v. Hill | |
| 54. | 1:18CV01794-WMR | McSmith v. Clayton County Georgia et al. | |
| 55. | 1:19CV02729-TWT | Peak v. Hill et al. | |
| 56. | 1:19CV02731-AT | Brown v. Clayton County Sheriff's Office et al. | |
| 57. | 1:19CV04671-MHC | Adkinson v. Hill et al. | |
| 58. | 1:20CV01544-MLB | Littlejohn v. Carter et al. | |
| 59. | 1:20CV01545-MLB | Littlejohn v. District Attorney Office et al. | |
| 60. | 1:20CV02059-JPB | Taylor v. Wynn et al. | |
| 61. | 1:CV02662-WMR | Howell v. Hill | |
| 62. | 1:20CV02575-MLB | Littlejohn v. Brown et al. | |
| 63. | 1:20CV02791-JPB-CCB | Jones et al v. Hill et al. | |
| 64. | 1:20CV03392-MLB | Johnson v. Ley | |
| 65. | 1:21CV00833-SDG | Bell v. Benifield et al. | |
| 66. | 1:21CV02527-ELR | Williams v. Hill et al. | |
| 67. | 1:21CV02652-SDG | Salisbury v. Hill et al. | |
| 68. | 1:21CV03015-AT-CCB | Williams v. Hill | |
| 69. | 1:21CV03588-AT | Arries v. Hill et al. | |
| 70. | 1:21CV03781-AT-JSA | Whitaker v. Hill et al. | |
| 71. | 1:21CV05197-MHC | Wright v. Warren et al. | |

| 72. | 1:21CV05300-TWT | Hill v. Clayton County Georgia et al. | |