IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIANA HILL, individually and as MOTHER and next friend of baby D.H. her minor child,<br><br>    Plaintiffs,<br><br>v.<br><br>CLAYTON COUNTY GEORGIA, ET AL.<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br>1:21-CV-05300-TWT |

### DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S SUR-REPLY BRIEF IN OPPOSITION DEFENDANTS' MOTION TO DISMISS

Defendants Clayton County, Clayton County Board of Commissioners, and Clayton County Sheriff Victor Hill ("Sheriff Hill") (collectively "defendants") file this motion to strike plaintiff's sur-reply brief and attachments thereto (Docs. 23 and 23-1 through 4) in response to defendants' reply brief in support of their motion to dismiss plaintiff's complaint (Doc. 12).

On January 25, 2022, Defendants Clayton County, Clayton County Board of Commissioners, and Sheriff Hill all filed a motion to dismiss plaintiff's complaint, which has been fully briefed and is ripe for a ruling. (Docs. 3, 3-1, 10, 10-1, and 12.) Indeed, plaintiff filed a response, albeit untimely, on February 14, 2022. (Doc. 10.) And on February 28, 2022, defendants filed their reply brief in

support of their motion to dismiss.  (Doc. 12.)  The filing of defendants' reply brief <u>concluded</u> the briefing on defendants' motion to dismiss.

Procedurally, Sheriff Hill's motion was filed prior to plaintiff perfecting service of process on him, as stated in footnote 1 of the memorandum of law in support of the motion.   (Doc. 3-1, fn. 1.)  Subsequent to the filing of the motion, Sheriff Hill agreed to waive service, and plaintiff filed the waiver with the Court.  (Doc. 19.)  As a result, the clerk's docket notice provided a response due date for Sheriff Hill of March 21, 2022.  (<u>Id.</u>)  Although Sheriff Hill had already filed a Rule 12(b) motion to dismiss the complaint on January 25, 2022, in an abundance of caution, Sheriff Hill filed a motion to dismiss on March 18, 2022 whereby he incorporated all arguments and citations of authority in his briefing on the previously filed motion.  (Doc. 20.)  Sheriff Hill's motion was indeed superfluous as it merely incorporated his prior motion and raised no new arguments whatsoever.  (<u>Id.</u>)   Sheriff Hill's motion was filed merely to avoid any appearance of a default on the record in light of the clerk's docket notice setting forth a response date.

On March 31, 2022, plaintiff has now filed "Plaintiff's Objection to Defendant Sheriff Victor Hill's Motion to Dismiss Plaintiff's Complaint" (Doc. 23 and 23-1 through 4).  Plaintiff's objection is twenty-five pages in length and addresses grounds for dismissal already fully briefed by the parties.  (Docs. 3-1,

10, and 12). By virtue of her filing, plaintiff is now attempting to get a second shot at defendants' motion without any justifiable reason and without seeking leave to do so. Plaintiff's filing constitutes an unauthorized sur-reply brief in opposition to defendants' motion to dismiss and should be stricken.

The Court's Local Rules provide for a brief in support of a motion (LR 7.1(b)), a response brief (LR 7.5), and a reply brief (LR 7.6). The Court's Local Rules, however, do not permit briefs other than those delineated above, and in particular do not permit sur-reply briefs. Moreover, when a sur-reply is filed without leave of court, district courts routinely grant motions to strike. See, e.g., Watters v. Youngblood, Civil Action No. 2:15-CV-00135-WCO-JCF, 2016 U.S. Dist. LEXIS 196602, at *6 (N.D. Ga. May 13, 2016) (granting defendants' motion to strike plaintiff's sur-reply brief); Khader v. Nations Tar Mortg., LLC, No. 1:12-CV-2171-JEC-LTW, 2012 U.S. Dist. LEXIS 192733, at *1 (N.D. Ga. Dec. 26, 2012) (same); Guthrie v. Wells Fargo Home Mortg., N.A., No. 1:13-CV-4226-RWS-LTW, 2014 U.S. Dist. LEXIS 102777, at *37 (N.D. Ga. July 7, 2014) (same); Cornelius v. Wells Fargo Bank N.A., No. 1:10-CV-3134-ODE-RGV, 2011 U.S. Dist. LEXIS 162892, at *5 (N.D. Ga. Feb. 18, 2011) (same).

Here, plaintiff's filing and attachments thereto (Docs. 23 and 23-1 through 4) constitute an impermissible sur-reply brief filed without leave of court.

Therefore, the Court should grant this motion and strike plaintiff's impermissible filing.[1]

                              **FREEMAN MATHIS & GARY, LLP**

                              */s/ A. Ali Sabzevari*
                              Jack R. Hancock
                              Georgia Bar No. 322450
                              jhancock@fmglaw.com
                              A. Ali Sabzevari
                              Georgia Bar No. 941527
                              asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

                              Attorneys for Defendants Clayton County, Clayton County Board of Commissioners, and Clayton County Sheriff Victor Hill

---

[1] In an abundance of caution, and in the event the Court is inclined to consider plaintiff's impermissible filing, Sheriff Hill is filing a reply to plaintiff's objection to address the substantive arguments raised by plaintiff.

- 5 -

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rule 7.1(D), that the foregoing memorandum of law has been prepared in accordance with Local Rule 5.1(C) (Times New Roman font, 14 point).

This 13th day of April, 2022.

                                               **FREEMAN MATHIS & GARY, LLP**

                                               */s/ A. Ali Sabzevari*
                                               A. Ali Sabzevari
                                               Georgia Bar No. 941527
                                               asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing **DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S SUR-REPLY BRIEF IN OPPOSITION DEFENDANTS' MOTION TO DISMISS** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record:

>Mitchell L. Albert III
>Albert III & Associates LLC
>3330 Cumberland Blvd.
>Suite 500
>Atlanta, GA 30339
>Mitchell.albert@aiiiaa.com

This 13th day of April, 2022.

**FREEMAN MATHIS & GARY, LLP**

*/s/ A. Ali Sabzevari*
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)