IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIANA HILL, ) <br> individually and as ) <br> MOTHER and next friend of ) <br> baby D.H. her minor child ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CLAYTON COUNTY GEORGIA, et al., ) <br> ) <br> Defendants. ) <br> _____) | Civil Action File No. <br> 1:21-CV-5300-TWT |

## **NOTICE OF APPEAL**

Notice is hereby given that Tiana Hill individually and as Mother and next friend of Baby D.H her minor child ("Ms. Hill"), Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the 11th Circuit from an Order to Enforce Settlement Agreement (Doc. 101). The settlement agreement was between Plaintiffs Ms. Hill and Former Defendants CorrectHealth Clayton County and Charles Clopton M.D. The Order was entered in this action on the 3rd day of August 2023.

1

Respectfully submitted the 1st day of September 2023.

/s/ Mitchell L. Albert III<br>
Mitchell L. Albert III<br>
Attorney for Plaintiff<br>
Georgia Bar No.: 307196

Albert III & Associates LLC
3330 Cumberland Blvd.
Suite 500
Atlanta, GA 30339
Telephone (770) 675-6749 Fax (404) 601-6041
mitchell.albert@aiiiaa.com

<u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify, pursuant to Local Rule 7.1(D), that the foregoing memorandum of law has been prepared in accordance with Local Rule 5.1 (C) (Times New Roman font, 14 point).

Respectfully submitted the 1st day of September 2023.

<u>/s/ Mitchell L. Albert III</u>
Mitchell L. Albert III
Attorney for Plaintiff
Georgia Bar No.: 307196

Albert III & Associates LLC
3330 Cumberland Blvd.
Suite 500
Atlanta, GA 30339
Telephone (770) 675-6749
Fax (404) 601-6041
mitchell.albert@aiiiaa.com

CERTIFICATE OF SERVICE

This is to certify that I, Mitchell L. Albert III, have this day electronically submitted the forgoing served the **NOTICE OF APPEAL** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants:

A. Ali Sabzevari
Freeman Mathis & Gary, LLP
661 Forest Parkway, Suite E
Forest Park, Georgia 30297
asabzevari@fmglaw.com

Thomas E. Lavender III
Lavender Hoffman Alderman, LLC
945 East Paces Ferry Road
Suite 2000
Atlanta, GA 30326
ted.lavender@lhalawyers.com

Respectfully submitted the 1st day of September 2023.

/s/ Mitchell L. Albert III
Mitchell L. Albert III
Attorney for Plaintiff
Georgia Bar No.: 307196

Albert III & Associates LLC
3330 Cumberland Blvd.
Suite 500
Atlanta, GA 30339
Telephone (770) 675-6749
Fax (404) 601-6041
mitchell.albert@aiiiaa.com